# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## _____ DIVISION

DEPUTY CLERK SAM

**Plaintiff:** demetrius mcgee

**Case Number:** 4-22CV-892-P

v.

**Defendant:** City of Fort Worth Police dept. Officer Wisdom & officer Hanson, officer Davis

1/ Poverty of an person, Homeless, place e
1/ us. constitution amendment 14 amendment, 4 amendment

Please, I'm in fear of my life because these two or three stop me ask Question about my Name, Property & took $5,000 cash from me and my religion grass that I saved. put me in Jail for fail to identify fugitive intent Give false information, I spelled my Name to them 5 different times because that's the way I been Spelling it due to the (7) alias I have on filed. I also gave my correct D.O.B 6-1-1981 - and correct State of Texas driver licei

*Attach additional pages as needed

Date: 10/5/2022
Signature: Demeta Mg
Print Name: demetrius mcgee
Address: 2400 cypress st.
City, State, Zip: ft. Worth, Texas 76012, 76102
Telephone: 817-842-7229

*Additional Page(s)

license state I.D #28949287 to them. May I please have some professional civil United States of America help because that Grass was very personal of the spirit, that I worship of this country, world, planet, universe. They violation of my U.S. Constitution (1 amendment, 4 amendment, 14 amendment may I please have these (3) officers & the sheriff Bill Wayburne, of the state of Texas, United States of America keep Away from me my surrounding area people, places, family & friends due to the way their minds think of Race profiling because I'm an Dark skin of color that they have hate, and NO absolute understanding for & of. If I don't or may have to protect my self because of these humans of our Nature that Art & they used theyre status because of me poor & Homeless to put me in Jail and take my savings & my earnings also my God.