UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DEMETRIUS MCGEE,**

   Plaintiff,

v.                                                   No. 4:22-cv-0892-P

**CITY OF FORT WORTH
POLICE DEP'T, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. Per the Order entered on November 18, 2022:

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **18th day** of **November 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE